■ ROSEMARIE A. HERMAN et al., Respondents, v JULIAN MAURICE HERMAN, Appellants/Third-Party Plaintiff-Appellant, et al., Appellants, et al., Defendants, et al., Third-Party Defendants. (And Another Third-Party Action.) [19 NYS3d 741]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered July 15, 2015, and two separate orders same court and Justice, entered July 13, 2015, which, to the extent appealed from as limited by the parties' briefs, struck defendant/third-party plaintiff Julian Maurice Herman's answer, counterclaims, cross claims and third-party claims, and granted a default judgment against him, unanimously affirmed, with costs.

Our review of the extensive record of discovery disputes and motion practice supports a finding that defendant/third-party plaintiff Julian Maurice Herman's (Maurice) repeated noncompliance with the court's many discovery orders was "dilatory, evasive, obstructive and ultimately contumacious" (*CDR Créances S.A.S. v Cohen*, 23 NY3d 307, 318 [2014]). It prejudiced plaintiffs "by impeding [their] ability to obtain true discovery and [by] forcing [them] to spend enormous amounts of money and time to prove [their] case" (*id.* at 323), and was an unnecessary drain on limited court resources. Maurice's misconduct was not isolated, and he made little or no good faith attempt to correct it (*id.*). A lesser sanction would not have deterred Maurice's continued discovery violations (*id.*). Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ. ■

■ In the Matter of DANIEL MALLO, Petitioner, v CYRUS R. VANCE, JR., et al., Respondents. [19 NYS3d 741]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.